For plaintiff: Edwards & Angell.
For defendant: Ovila Lambert.

Motor Dealers Credit Corporation vs. Charles H. Page } No. 2262.

March 25, 1930.

HAHN, J. This is an action of the case for trover and conversion based upon the conditional sale of an automobile.

The evidence does not show a demand by the plaintiff and refusal on the part of the defendant to surrender the machine to the plaintiff.

No demand having been shown plaintiff is non-suited.

For plaintiff: Raymond & Semple.
For defendant: Charles H. Page.

Thomas F. McCaffrey vs. Providence Teaming Co. } W. C. A. No. 998

March 27, 1930.

BLODGETT, P. J. Heard upon motion of petitioner for commutation.

The Court is satisfied from the evidence that the petitioner is wholly incapacitated from pursuing his ordinary occupation and that the payments should be commuted.

Petitioner, a teamster, while in the course of his employment suffered an accident by falling through a manhole and was permanently injured. There was testimony that an operation would probably be fatal at his age.

According to life tables submitted, the gross sum due upon commutation would be $3,200.

Order may be entered commuting the future payments of compensation for a lump sum of $3,200.

For plaintiff: Fergus J. McOsker.
For defendant: Hinckley, Allen, Tillinghast, Phillips and Wheeler.